**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Ruben Valencia GAMBOA,**
**Defendant–Appellant.**

**No. 05–10809**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

April 18, 2007.

Tanya K. Pierce, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Lubbock, TX, for Plaintiff–Appellee.

Robert Michael Brown, Lubbock, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, BENAVIDES, and PRADO, Circuit Judges.

PER CURIAM: *

Court-appointed counsel for Ruben Valencia Gamboa has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Gamboa has filed a response. Our independent review of counsel's brief, the record, and Gamboa's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5th Cir. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under